1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    klo-jmk@pacbell.net

5  Attorney for Plaintiff

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10 SARABJIT KAUR THIND,                    Case No. C 07-3959 MJJ

11                                         CERTIFICATE OF SERVICE
              Plaintiff,
12
         vs.
13
   EMILIO T. GONZALEZ,
14 Director, United States Citizenship and
   Immigration Services,
15
              Defendant.
16 _____/

17        I, JONATHAN M. KAUFMAN, do hereby declare:

18        That on August 2, 2007 copies of the August 1, 2007 order setting initial case management

19 conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in

20 the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served

21 on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope,

22 postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue,

23 Box 36055, San Francisco, CA 94102.

1   I declare under penalty of perjury that the foregoing is true and correct and that this was
2   executed on August 3, 2007 at San Francisco, California.

3
                                                          _____
4                                                         JONATHAN M. KAUFMAN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2