1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     klo-jmk@pacbell.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND, | Case No. 07-3959 MJJ |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

It is ordered that plaintiff's motion for a preliminary injunction is granted, and defendant enjoined to adjudicate plaintiff's asylee relative petition filed on behalf of Jaswant Singh Thind forthwith.

IT IS SO ORDERED.

_____
MARTIN J. JENKINS
United States District Judge

1