JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND, | Case No. C 07-3959 MJJ |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on August 7, 2007 copies of Plaintiff's Notice of Motion and Motion for Preliminary Injunction and Supporting Memorandum of Points and Authorities, and Order Granting Motion For Preliminary Injunction [proposed] were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on August 7, 2007 at San Francisco, California.

_____
JONATHAN M. KAUFMAN