1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  SARABJIT KAUR THIND,                )   No. C 07-3959 MJJ
                                        )
13         Plaintiff,                   )   **STIPULATION TO EXTEND HEARING**
                                        )   **DATE ON PLAINTIFF'S MOTION FOR**
14         v.                           )   **PRELIMINARY INJUNCTION; and**
                                        )   **[PROPOSED] ORDER**
15  EMILIO T. GONZALEZ, Director, United )
    States Citizenship and Immigration Services, )
16                                      )   Date: October 2, 2007
           Defendant.                   )   Time: 9:30 a.m.
17  _____)

18      Plaintiff, by and through her attorney of record, and Defendants, by and through his attorneys of

19  record, hereby stipulate, subject to the approval of the Court, to the following:

20      1. Plaintiff filed this action on or about August 1, 2007, and Defendants answer is currently due

21  on October 2, 2007.

22      2. Pursuant to this Court's August 1, 2007 Order Setting Initial Case Management Conference,

23  the parties are required to file a joint case management statement on November 6, 2007, and attend

24  a case management conference on November 13, 2007.

25      3. Plaintiff have filed a motion for preliminary injunction on August 7, 2007, and the hearing

26  on that motion is scheduled for October 2, 2007.

27      4. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

28  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip. to Extend Dates
C07-3959 MJJ                              1

this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendant's Answer: | October 2, 2007 |
| Last day to file Joint ADR Certification: | October 23, 2007 |
| Defendant's Opposition to Plaintiff's Motion: | October 23, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 6, 2007 |
| Case Management Conference: | November 13, 2007 |
| Motion for Preliminary Injunction Hearing: | November 13, 2007 |

Dated: September 11, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                              /s/
                                            ———————————————
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorney for Defendant


Dated: September 11, 2007                            /s/
                                            ———————————————
                                            JONATHAN M. KAUFMAN
                                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: ———————————————
                                            MARTIN J. JENKINS
                                            United States District Judge