SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-2769

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | Case No. 07-3959-MJJ<br><br>**ANSWER** |

The Defendant hereby submit his answer to Plaintiff's Complaint For Declaratory Judgment and Injunction.

    1. Paragraph One consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, the defendant denies that this Court has jurisdiction under any of the provisions cited in Paragraph One.

    2. The defendant admits the allegations in Paragraph Two.

    3. The defendant admits the allegations in Paragraph Three.

    4. The defendant admits the allegations in Paragraph Four.

    5. The defendant admits the allegations in Paragraph Five, but asserts that the USCIS reopened the petition and cannot adjudicate the petition until all required background checks are

completed.

6. The defendant admits the allegations in Paragraph Six.

7. The defendant admits the allegations in Paragraph Seven.

8. The defendant admits the allegations in Paragraph Eight.

9. The allegations in Paragraph Nine consist of legal arguments, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed to be required, the defendants deny the allegations in Paragraph Nine.

Plaintiff's prayer to the court contained in Paragraphs One through Four on page 3 contains characterizations of the relief sought by plaintiff for which no answer is necessary.  To the extent that an answer is necessary, defendant denies the assertions made in Paragraphs One through Four.

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The defendant's decision is not subject to review pursuant to 8 U.S.C. § 1252(a)(2)(B).

WHEREFORE, defendant prays for relief as follows:

That judgment be entered for defendant and against plaintiff, dismissing plaintiff's complaint with prejudice; that plaintiff take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated:   October 2, 2007                             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

 /s/
EDWARD A. OLSEN
Assistant United States Attorney

ANSWER
C-07-3959-MJJ                                       2