1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-2769
7
   Attorneys for Defendant
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 SARABJIT KAUR THIND,              )
                                     )   Case No. 07-3959-MJJ
13         Plaintiff,                )
                                     )   **STIPULATION TO WITHDRAW**
14     v.                            )   **MOTION FOR PRELIMINARY**
                                     )   **INJUNCTION; TO VACATE**
15 EMILIO T. GONZALES, Director, United States )   **HEARING ON MOTION FOR**
   Citizenship and Immigration Services, )   **PRELIMINARY INJUNCTION;**
16                                   )   **TO CONTINUE CASE**
           Defendant.                )   **MANAGEMENT CONFERENCE;**
17 _____    )   **AND [PROPOSED] ORDER**

18      Plaintiff, by and through his attorney of record, and defendant, by and through his attorney

19 of record, hereby stipulate, subject to approval of the Court, to the following:

20      1. Plaintiff filed this action on or about August 1, 2007, asking this Court to direct the

21 United States Citizenship and Immigration Services (USCIS) to adjudicate an I-730 petition.

22      2. The plaintiff filed a motion for a preliminary injunction on August 7, 2007, which was

23 originally set for hearing on October 2, 2007.

24      3. On September 20, 2007, this Court signed the parties' stipulation to continue the hearing

25 date on the plaintiff's motion for preliminary injunction and the case management conference to

26 November 13, 2007.

27      4. On October 5, 2007, the USICS issued a notice of intent to deny the I-730 petition, and

28 the plaintiff has filed a response to that notice.

STIPULATION
C-07-3959-MJJ                             1

1    5. In light of the fact that this case may soon be moot, the plaintiff withdraws his motion for preliminary injunction and the parties ask this Court to vacate the hearing on the motion for preliminary injunction, currently scheduled for November 13, 2007.

6. Moreover, the parties respectfully ask this Court to continue the case management conference, currently scheduled for November 13, 2007, to January 15, 2007.

Date:   October 23, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                            /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendant



                                            /s/
Date: October 23, 2007                      JONATHAN KAUFMAN
                                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:                                       _____
                                            MARTIN J. JENKINS
                                            United States District Judge

STIPULATION
C-07-3959-MJJ                               2