SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-2769

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND, <br> Plaintiff, <br> v. <br> EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services, <br> Defendant. | Case No. 07-3959-MJJ <br><br> **STIPULATION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION; TO VACATE HEARING ON MOTION FOR PRELIMINARY INJUNCTION; TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and defendant, by and through his attorney of record, hereby stipulate, subject to approval of the Court, to the following:

1. Plaintiff filed this action on or about August 1, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate an I-730 petition.

2. The plaintiff filed a motion for a preliminary injunction on August 7, 2007, which was originally set for hearing on October 2, 2007.

3. On September 20, 2007, this Court signed the parties' stipulation to continue the hearing date on the plaintiff's motion for preliminary injunction and the case management conference to November 13, 2007.

4. On October 5, 2007, the USICS issued a notice of intent to deny the I-730 petition, and the plaintiff has filed a response to that notice.

STIPULATION
C-07-3959-MJJ                                   1

1     5. In light of the fact that this case may soon be moot, the plaintiff withdraws his motion for preliminary injunction and the parties ask this Court to vacate the hearing on the motion for preliminary injunction, currently scheduled for November 13, 2007.

     6. Moreover, the parties respectfully ask this Court to continue the case management conference, currently scheduled for November 13, 2007, to ~~January 15, 2007~~ January 22, 2008 at 2:00 PM.

Date:  October 23, 2007                             Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                     /s/
                                                    EDWARD A. OLSEN
                                                    Assistant United States Attorney
                                                    Attorneys for Defendant



                                                     /s/
Date: October 23, 2007                              JONATHAN KAUFMAN
                                                    Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   10/24/07
                                                    _____
                                                    MARTIN J. JENKINS
                                                    United States District Judge

STIPULATION
C-07-3959-MJJ                                       2