JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-2769

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 07-3959-MJJ<br><br>**STIPULATION TO A FURTHER EXTENSION OF CASE MANAGEMENT CONFERENCE; AND [      ] ORDER**<br><br>Date: January 22, 2008<br>Time: 200 p.m. |

Plaintiff, by and through his attorney of record, and defendant, by and through his attorney of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, in light of the following:

1. Plaintiff filed this action on or about August 1, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate an I-730 petition.

2. The plaintiff filed a motion for a preliminary injunction on August 7, 2007, which was originally set for hearing on October 2, 2007.

3. On September 20, 2007, this Court signed the parties' stipulation to continue the hearing date on the plaintiff's motion for preliminary injunction and the case management conference to November 13, 2007.

4. On October 5, 2007, the USICS issued a notice of intent to deny the I-730 petition, and

1 | the plaintiff has filed a response to that notice.

2 |     5. On October 25, 2007, this Court approved the parties' stipulation to withdraw the
3 | plaintiff's motion for a preliminary injunction, to vacate the hearing on the plaintiff's motion for
4 | preliminary injunction, and to continue the case management conference.

5 |     6. The case management conference is currently scheduled for January 22, 2008.

6 |     7. In light of the fact that this case may soon be moot, as well as the fact that plaintiff's
7 | counsel is unavailable on January 22, 2008, the parties respectfully ask this Court to once again
8 | extend the case management conference. The parties recognize that this is their second request for
9 | an extension of the case management conference and appreciate the Court's patience in this
10 | matter.

11 |     8. The parties respectfully ask this Court to continue the case management conference,
12 | currently scheduled for January 22, 2008, to February 12, 2008, at 2:00 p.m.

Date:   January 14, 2008                                  Respectfully submitted,

                                                              JOSEPH P. RUSSONIELLO
                                                              United States Attorney

                                                              /s/
                                                             EDWARD A. OLSEN
                                                             Assistant United States Attorney
                                                             Attorneys for Defendant

                                                             /s/
Date:   January 14, 2008                                  JONATHAN KAUFMAN
                                                             Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/17/2008                                  _____
                                                             MARTIN J. JENKINS
                                                             United States District Judge