JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT THIND, | Case No. C 07-3959 WHA |
| Plaintiff, | PARTIES' STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

    This immigration case concerns defendant's adjudication of plaintiff's asylee relative petition.

    The parties believe that a resolution of the dispute may be obtained through the administrative proceedings and that the case management conference should be continued to permit the U.S. Citizenship and Immigration Services a further opportunity to adjudicate plaintiff's application.

    Accordingly, the parties, by and through their respective attorneys, request that the case management conference be continued as follows:

    The parties will file a joint case management conference statement on or before April 9, 2008.

    The case management conference be continued to April 16, 2008 at 9:00 a.m.

1

1 | Dated: February 21, 2008

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

4 | Dated: February 21, 2008

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:

WILLIAM ALSUP
United States District Judge

2