**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARABJIT KAUR THIND,

    Plaintiff,

    v.

EMILIO T. GONZALEZ, Director,
UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.

No. C 07-03959 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties in this case had requested and were granted two continuances of the case management conference totaling a delay of three months by Judge Jenkins. The parties now request a third for another six weeks to "adjudicate plaintiff's application." The Court believes that the parties have had ample opportunity to accomplish this and therefore **DENIES** the stipulation to continue the case management conference.

**IT IS SO ORDERED.**

Dated: February 26, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE