United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARABJIT KAUR THIND,

    Plaintiff,                          No. C 07-03959 WHA

  v.

EMILIO T. GONZALEZ, Director,            **CASE MANAGEMENT ORDER**
UNTIED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.
                                    /

The cross-motions for summary judgment shall be filed on the schedule set forth in the joint case management statement, to wit:

    Opening briefs:     March 20, 2008

    Opposition briefs:   April 3, 2008

The Court will try to decide on the papers without a hearing, as requested by the parties.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE