**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 27, 2008

Case No.  C 07-03959 WHA

Title: SARABJIT THIND  v. EMILIO GONALEZ

Plaintiff Attorneys: Jonathan Kaufman

Defense Attorneys: Edward Olsen

Deputy Clerk:  Dawn Toland                    Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to   for Further Case Management Conference

**ORDERED AFTER HEARING:**

Court adopts the parties schedule for filing cross-motions for summary judgment.  No replies will be filed.