JOSEPH RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARABJIT KAUR THIND, | No. C 07-3959 WHA |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's Asylee Relative petition (Form I-730).

///

///

///

///

Stip. to Extend Dates
C07-3959 WHA                                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 6, 2008                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney

7 | Attorney for Defendant

8

9 | Dated: March 6, 2008                    _____/s/_____
JONATHAN M. KAUFMAN

10 | Attorney for Plaintiff

11

12

13 | **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

14

15

16 | Date:                                   _____
WILLIAM ALSUP

17 | United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend Dates
C07-3959 WHA                                 2