1  JOSEPH RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 SARABJIT KAUR THIND,              )
                                     ) No. C 07-3959 WHA
13          Plaintiff,               )
                                     )
14       v.                          ) **STIPULATION TO DISMISS AND**
                                     ) **[PROPOSED] ORDER**
15 EMILIO T. GONZALEZ, Director, United )
   States Citizenship and Immigration Services, )
16                                   )
            Defendant.                )
17 _____ )

18     Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

20 the adjudication of Plaintiff's Asylee Relative petition (Form I-730).

21 ///

22 ///

23 ///

24 ///

Stip. to Extend Dates
C07-3959 WHA                         1

Each of the parties shall bear their own costs and fees.

Dated: March 6, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorney for Defendant

Dated: March 6, 2008

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 10, 2008

WILLIAM ALSUP
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend Dates
C07-3959 WHA                                         2